No. 85–6726. ALLEN v. GILMORE ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–6729. GORDON v. NUCCI ET AL. C. A. 1st Cir. Certiorari denied.

No. 85–6731. WRIGHT v. COLLINS ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–6733. JOHNSON v. ONION ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–6734. WAHID v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 85–6737. RANDOLPH v. MUNCY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 85–6738. RAPPUHN v. DAVIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 85–6739. SMITH v. ABSHIRE, SUPERINTENDENT, RIVERSIDE CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 85–6744. KINDER v. KEITH. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 85–6745. DAY v. ATTWELL ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–6746. DAY v. ALLSTATE INSURANCE CO. C. A. 8th Cir. Certiorari denied.

No. 85–6750. REED v. STANTON CORRECTIONAL CENTER ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–6758. JACKSON v. SOUTH DAKOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–6798. MARTIN v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 10th Cir. Certiorari denied.

No. 85–6820. ANDREZ v. DEPARTMENT OF THE AIR FORCE. C. A. Fed. Cir. Certiorari denied.